Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Jo-Fra Properties, Inc., Appellant, v Leland Bobbe et al., Respondents.

Submitted August 29, 2011; decided November 21, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Nella Manko, Appellant, v Lenox Hill Anesthesiology, PLLC, et al., Respondents.

Decided November 21, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).

Nella Manko, Appellant, v Lenox Hill Hospital, Respondent.

Decided November 21, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

Nella Manko, Appellant, v Lenox Hill Hospital, Respondent.

Submitted August 15, 2011; decided November 21, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of MAX F., JR., a Child Alleged to be Neglected. NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; EMMA F.-G., Appellant. (And Other Proceedings.)

Submitted September 6, 2011; decided November 21, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for a stay dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY GAMBLE, Appellant.

Submitted November 14, 2011; decided November 21, 2011

Motion for reargument denied [see 17 NY3d 852 (2011)].

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v LAMARR REID, Respondent.

Submitted September 6, 2011; decided November 21, 2011

Motion to strike appellant's appendix etc. denied.